GEORGE J. CHRISTGAN, Respondent, *v.* STANDARD FIRE INSURANCE COMPANY OF NEW JERSEY, Appellant.

*Christgan* v. *Standard Fire Ins. Co.*, 178 App. Div. 948, affirmed.
(Argued April 23, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 9, 1917, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon a policy of fire insurance. The defense was that the property was fraudulently overvalued and failure to comply with the provisions of the policy requiring proofs of loss to be served within sixty days. Plaintiff contended that defendant had waived timely service of proofs of loss.

*Vernon Cole* for appellant.

*Elijah W. Holt* and *Charles B. Moulthrop* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.